```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                              Case No. 19-16822-mdc
Brian T Reilly                                                      Chapter 13
Jodi L Reilly
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: Keith                Page 1 of 2           Date Rcvd: Nov 22, 2019
                               Form ID: 309I              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db/jdb         +Brian T Reilly,    Jodi L Reilly,    1142 Fanshawe Street,    Philadelphia, PA 19111-4936
14414099       +Aes/pnc Bank,    Attn: Bankruptcy,    PO Box 2461,    Harrisburg, PA 17105-2461
14414105       +Citi/Sears,    Citibank/Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
14428453       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14414109       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14414111       +PNC Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14414115       +USDOE/GLELSI,    Attn: Bankruptcy,    PO Box 7860,    Madison, WI 53707-7860
14414117       +WF/FMG,    Attn: Bankruptcy,    PO Box 10438 MAC F8235-02F,    Des Moines, IA 50306-0438
14414116       +Westgate Vacation Villas, LLC,    Westgate Resorts,    2801 Old Winter Garden Road,
                 Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bperloff@kminjurylawyers.com Nov 23 2019 03:24:51      BRANDON J PERLOFF,
                 Kwartler Manus LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA   19102
tr             +E-mail/Text: bncnotice@ph13trustee.com Nov 23 2019 03:26:40      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 23 2019 03:25:42      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14414100       +EDI: AMEREXPR.COM Nov 23 2019 08:13:00      Amex,   Correspondence/Bankruptcy,    PO Box 981540,
                 El Paso, TX 79998-1540
14414101       +E-mail/Text: bankruptcy@bbandt.com Nov 23 2019 03:25:04      Bb&t,    4251 Fayetteville Rd,
                 Lumberton, NC 28358-2678
14414102       +EDI: CAPITALONE.COM Nov 23 2019 08:13:00      Capital One,    Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
14414103       +EDI: CAPITALONE.COM Nov 23 2019 08:13:00      Capital One Na,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14414104       +EDI: CHASE.COM Nov 23 2019 08:13:00      Chase Card Services,    Attn: Bankruptcy,   PO Box 15298,
                 Wilmington, DE 19850-5298
14414106       +EDI: CITICORP.COM Nov 23 2019 08:13:00      Citibank,   Attn: Recovery/Centralized Bankruptcy,
                 PO Box 790034,    St Louis, MO 63179-0034
14414107       +EDI: CITICORP.COM Nov 23 2019 08:13:00      Citibank/Sunoco,    Attn: Bankruptcy,   PO Box 790034,
                 St Louis, MO 63179-0034
14414108        EDI: DISCOVER.COM Nov 23 2019 08:13:00      Discover Financial,    Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE 19850
14421555        EDI: DISCOVER.COM Nov 23 2019 08:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14414110       +EDI: NAVIENTFKASMSERV.COM Nov 23 2019 08:13:00      Navient,    Attn: Bankruptcy,   PO Box 9640,
                 Wiles-Barr, PA 18773-9640
14414112       +EDI: RMSC.COM Nov 23 2019 08:13:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
14414113       +EDI: WTRRNBANK.COM Nov 23 2019 08:13:00      Target,    Attn: Bankruptcy,   PO Box 9475,
                 Minneapolis, MN 55440-9475
14414114       +EDI: ECMC.COM Nov 23 2019 08:13:00      U.S. Department of Education,    ECMC/Bankruptcy,
                 PO Box 16408,   Saint Paul, MN 55116-0408
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Keith              Page 2 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 309I            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Brian T Reilly bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              BRANDON J PERLOFF    on behalf of Joint Debtor Jodi L Reilly bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian T Reilly**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–8115**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Jodi L Reilly**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–7552**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case case filed for chapter  **13  10/31/19** |
| Case number: | **19–16822–mdc** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian T Reilly | Jodi L Reilly |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1142 Fanshawe Street<br>Philadelphia, PA 19111 | 1142 Fanshawe Street<br>Philadelphia, PA 19111 |
| 4. | **Debtor's attorney**<br>Name and address | BRANDON J PERLOFF<br>Kwartler Manus LLC<br>1429 Walnut Street<br>Suite 701<br>Philadelphia, PA 19102 | Contact phone 267–457–5570<br><br>Email:  bperloff@kminjurylawyers.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/22/19 |

**For more information, see page 2**

Official Form 309I  **Notice of Chapter 13 Bankruptcy Case**  page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 15, 2020 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/15/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/9/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/28/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $350.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/6/20** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |