Target Corporation    7000 Target Parkway N. Mail Stop: NCE-0243 Minneapolis, MN 55445,    HROC 1-800-394-1885

| | | | | |
|---|---|---|---|---|
| Name: | Brian Reilly | Check #: | **VOID** | 401k Before TAX: 7.00% |
| Employee ID: | 0061032074 | Check Date: | 11/01/2019 | 401k After TAX: 0.00% |
| Pay Period Begin: | 10/13/2019 | Curr Tot Hrs Worked: | 79.25 | Average Hours: 39.87 |
| Pay Period End: | 10/26/2019 | Total Hours YTD: | 1736.59 | |

**TARGET**

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,164.99 | 81.55 | 203.34 | 6.74 | 873.36 |
| YTD | 25,220.84 | 1,688.72 | 4,384.56 | 125.04 | 19,022.52 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/20/2019 - 10/26/2019 | 39.98 | 14.7 | 587.72 | 22,664.87 |
| Regular | 10/13/2019 - 10/19/2019 | 39.27 | 14.7 | 577.27 | |
| Funeral | | | | | 138.87 |
| Hol Prem | | | | | 440.80 |
| Holiday | | | | | 112.00 |
| Overtime | | | | | 3.24 |
| Pers Hol | | | | | 398.46 |
| Shift Rate ($1.00) | | | | | 63.07 |
| Vacation | | | | | 1,284.73 |
| Well Being | | | | | 114.80 |
| **Earnings** | | | | **1,164.99** | **25,220.84** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.23 | 1,563.69 |
| Medicare | 16.89 | 365.70 |
| Federal Withholding | 30.65 | 643.99 |
| State Tax - PA | 35.77 | 774.27 |
| SUI-Team Member Paid - PA | 0.70 | 15.13 |
| City Tax - PHILA | 45.10 | 977.78 |
| PA LST - BNSLM | 2.00 | 44.00 |
| **Employee Taxes** | **203.34** | **4,384.56** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) BT | 81.55 | 1,688.72 |
| Total | 81.55 | 1,688.72 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 3.75 | 71.16 |
| SUPL LIFE | 2.99 | 53.88 |
| Total | 6.74 | 125.04 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,164.99 | 25,220.84 |
| Medicare - Taxable Wages | 1,164.99 | 25,220.84 |
| Federal Withholding - Taxable | 1,083.44 | 23,532.12 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.92 | 0.00 | 8.39 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 3.05 | 0.00 | 25.50 |
| Well Being Time | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| | | ******3497 | 012064090 | 873.36 | USD |

P/E 10/26/2019    0061032074
1001-1183-0026101183    ACY
Brian Reilly
1142 FANSHAWE ST
PHILADELPHIA, PA 19111-4936

Target Corporation   7000 Target Parkway N. Mail Stop: NCE-0243 Minneapolis, MN 55445,   HROC 1-800-394-1885

**TARGET**

| Name: | Brian Reilly | Check #: | **VOID** | 401k Before TAX: | 7.00% |
|---|---|---|---|---|---|
| Employee ID: | 0061032074 | Check Date: | 10/18/2019 | 401k After TAX: | 0.00% |
| Pay Period Begin: | 09/29/2019 | Curr Tot Hrs Worked: | 79.88 | Average Hours: | 39.89 |
| Pay Period End: | 10/12/2019 | Total Hours YTD: | 1657.34 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,174.25 | 82.20 | 205.55 | 6.74 | 879.76 |
| YTD | 24,055.85 | 1,607.17 | 4,181.22 | 118.30 | 18,149.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/06/2019 - 10/12/2019 | 39.98 | 14.7 | 587.71 | 21,499.88 |
| Regular | 09/29/2019 - 10/05/2019 | 39.9 | 14.7 | 586.54 | |
| Funeral | | | | | 138.87 |
| Hol Prem | | | | | 440.80 |
| Holiday | | | | | 112.00 |
| Overtime | | | | | 3.24 |
| Pers Hol | | | | | 398.46 |
| Shift Rate ($1.00) | | | | | 63.07 |
| Vacation | | | | | 1,284.73 |
| Well Being | | | | | 114.80 |
| **Earnings** | | | | **1,174.25** | **24,055.85** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.80 | 1,491.46 |
| Medicare | 17.03 | 348.81 |
| Federal Withholding | 31.51 | 613.34 |
| State Tax - PA | 36.05 | 738.50 |
| SUI-Team Member Paid - PA | 0.70 | 14.43 |
| City Tax - PHILA | 45.46 | 932.68 |
| PA LST - BNSLM | 2.00 | 42.00 |
| **Employee Taxes** | **205.55** | **4,181.22** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) BT | 82.20 | 1,607.17 |
| **Total** | **82.20** | **1,607.17** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 3.75 | 67.41 |
| SUPL LIFE | 2.99 | 50.89 |
| **Total** | **6.74** | **118.30** |

| | Federal | State |
|---|---|---|
| Marital Status | | Married |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,174.25 | 24,055.85 |
| Medicare - Taxable Wages | 1,174.25 | 24,055.85 |
| Federal Withholding - Taxable | 1,092.05 | 22,448.68 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.93 | 0.00 | 7.47 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 3.08 | 0.00 | 22.45 |
| Well Being Time | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| | | ******3497 | 011813207 | 879.76 | USD |

P/E 10/12/2019                     0061032074
1001-1183-0026101183      ACY
Brian Reilly
1142 FANSHAWE ST
PHILADELPHIA, PA 19111-4936

Target Corporation   7000 Target Parkway N. Mail Stop: NCE-0243 Minneapolis, MN 55445,   HROC 1-800-394-1885

| Name: | Brian Reilly | Check #: | **VOID** | 401k Before TAX: | 7.00% | TARGET |
|---|---|---|---|---|---|---|
| Employee ID: | 0061032074 | Check Date: | 10/04/2019 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 09/15/2019 | Curr Tot Hrs Worked: | 79.34 | Average Hours: | 39.89 | |
| Pay Period End: | 09/28/2019 | Total Hours YTD: | 1577.46 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,166.31 | 81.65 | 203.65 | 6.74 | 874.27 |
| YTD | 22,881.60 | 1,524.97 | 3,975.67 | 111.56 | 17,269.40 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/22/2019 - 09/28/2019 | 39.59 | 14.7 | 581.98 | 20,325.63 |
| Regular | 09/15/2019 - 09/21/2019 | 39.75 | 14.7 | 584.33 | |
| Funeral | | | | | 138.87 |
| Hol Prem | | | | | 440.80 |
| Holiday | | | | | 112.00 |
| Overtime | | | | | 3.24 |
| Pers Hol | | | | | 398.46 |
| Shift Rate ($1.00) | | | | | 63.07 |
| Vacation | | | | | 1,284.73 |
| Well Being | | | | | 114.80 |
| **Earnings** | | | | **1,166.31** | **22,881.60** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.31 | 1,418.66 |
| Medicare | 16.91 | 331.78 |
| Federal Withholding | 30.77 | 581.83 |
| State Tax - PA | 35.81 | 702.45 |
| SUI-Team Member Paid - PA | 0.70 | 13.73 |
| City Tax - PHILA | 45.15 | 887.22 |
| PA LST - BNSLM | 2.00 | 40.00 |
| **Employee Taxes** | **203.65** | **3,975.67** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) BT | 81.65 | 1,524.97 |
| Total | 81.65 | 1,524.97 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 3.75 | 63.66 |
| SUPL LIFE | 2.99 | 47.90 |
| Total | 6.74 | 111.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,166.31 | 22,881.60 |
| Medicare - Taxable Wages | 1,166.31 | 22,881.60 |
| Federal Withholding - Taxable | 1,084.66 | 21,356.63 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.92 | 0.00 | 6.54 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 3.06 | 0.00 | 19.37 |
| Well Being Time | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| [redacted] | | ******3497 | 011352077 | 874.27 | USD |

P/E 09/28/2019                    0061032074

1001-1183-0026101183         ACY

Brian Reilly
1142 FANSHAWE ST
PHILADELPHIA, PA 19111-4936

Target Corporation    7000 Target Parkway N. Mail Stop: NCE-0243 Minneapolis, MN 55445,   HROC 1-800-394-1885

| Name: | Brian Reilly | Check #: | **VOID** | 401k Before TAX: | 7.00% | |
|---|---|---|---|---|---|---|
| Employee ID: | 0061032074 | Check Date: | 09/20/2019 | 401k After TAX: | 0.00% | TARGET |
| Pay Period Begin: | 09/01/2019 | Curr Tot Hrs Worked: | 68.79 | Average Hours: | 39.97 | |
| Pay Period End: | 09/14/2019 | Total Hours YTD: | 1498.12 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,341.33 | 93.90 | 245.58 | 6.74 | 995.11 |
| YTD | 21,715.29 | 1,443.32 | 3,772.02 | 104.82 | 16,395.13 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/08/2019 - 09/14/2019 | 21.65 | 14.7 | 318.27 | 19,159.32 |
| Vacation | 09/08/2019 - 09/14/2019 | 18.38 | 14.7 | 270.19 | 1,284.73 |
| Hol Prem | 09/01/2019 - 09/07/2019 | 8.15 | 22.05 | 179.71 | 440.80 |
| Regular | 09/01/2019 - 09/07/2019 | 38.99 | 14.7 | 573.16 | |
| Funeral | | | | | 138.87 |
| Holiday | | | | | 112.00 |
| Overtime | | | | | 3.24 |
| Pers Hol | | | | | 398.46 |
| Shift Rate ($1.00) | | | | | 63.07 |
| Well Being | | | | | 114.80 |
| **Earnings** | | | | **1,341.33** | **21,715.29** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.16 | 1,346.35 |
| Medicare | 19.45 | 314.87 |
| Federal Withholding | 47.05 | 551.06 |
| State Tax - PA | 41.18 | 666.64 |
| SUI-Team Member Paid - PA | 0.81 | 13.03 |
| City Tax - PHILA | 51.93 | 842.07 |
| PA LST - BNSLM | 2.00 | 38.00 |
| **Employee Taxes** | **245.58** | **3,772.02** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) BT | 93.90 | 1,443.32 |
| Total | 93.90 | 1,443.32 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 3.75 | 59.91 |
| SUPL LIFE | 2.99 | 44.91 |
| Total | 6.74 | 104.82 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,341.33 | 21,715.29 |
| Medicare - Taxable Wages | 1,341.33 | 21,715.29 |
| Federal Withholding - Taxable | 1,247.43 | 20,271.97 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 1.01 | 0.00 | 5.62 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 3.36 | 18.38 | 16.31 |
| Well Being Time | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | ******3497 | 011012605 | 995.11 | USD |

P/E 09/14/2019            0061032074

1001-1183-0026101183        ACY

Brian Reilly
1142 FANSHAWE ST
PHILADELPHIA, PA 19111-4936

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 018372717
Employee ID: 00000-75847
Organization: 8120
Check Date: 10/18/2019

JODI REILLY
1142 FANSHAWE ST
PHILADELPHIA PA  19111-4936

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| JODI REILLY | 42 | 00000-75847 | 10/11/2019 | 10/18/2019 | 2,857.33 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| | 812 | 8120 | 44,201.17 | 48,404.95 | 48,404.95 | 48,281.20 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 018372717 | 2,097.73 | 2,270.05 | 2,270.05 | 2,297.58 | 2,297.58 | | 1,706.34 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 2,857.33 | FEDERAL TAX | 124.18 | 2,625.71 |
| RESERVE ACCR | | | -559.75 | FICA | 140.74 | 2,964.98 |
| TCHR ALLOT | | | 100.00 | FICA MED | 32.91 | 693.42 |
| | | | | LIFE INS | 2.00 | 20.00 |
| | | | | STATE TAX | 69.69 | 1,468.09 |
| | | | | CITY TAX RES | 89.26 | 1,876.70 |
| | | | | RETIREMENT | 172.32 | 3,621.13 |
| | | | | PFT DUES | 22.98 | 482.82 |
| | | | | UNEMPL TAX | 1.38 | 28.93 |
| | | | | SLRY MED DED | 35.78 | 582.65 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 18.00 | 15.00 | 3.00 | LEGAL FRINGE | 8.25 | 123.75 |
| PL PREP | 13.10 | 6.50 | 6.60 | | | |
| EXCESS PL | | | 0.00 | | | |
| PERS ILL | 60.00 | 21.00 | 39.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS
ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 018352616
Employee ID: 00000-75847
Organization: 8120
Check Date: 10/04/2019

JODI REILLY
1142 FANSHAWE ST
PHILADELPHIA PA  19111-4936

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| JODI REILLY | | 42 | 00000-75847 | 09/27/2019 | 10/04/2019 | 2,857.33 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| 812 | 812 | 8120 | 42,103.44 | 46,099.12 | 46,099.12 | 45,983.62 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 018352616 | 2,097.73 | 2,270.05 | 2,270.05 | 2,297.58 | 2,297.58 | | 1,608.33 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 2,857.33 | FEDERAL TAX | 124.18 | 2,501.53 |
| RESERVE ACCR | | | -559.75 | FICA | 140.74 | 2,824.24 |
| | | | | FICA MED | 32.92 | 660.51 |
| | | | | STATE TAX | 69.69 | 1,398.40 |
| | | | | CITY TAX RES | 89.26 | 1,787.44 |
| | | | | RETIREMENT | 172.32 | 3,448.81 |
| | | | | PFT DUES | 22.98 | 459.84 |
| | | | | UNEMPL TAX | 1.38 | 27.55 |
| | | | | SLRY MED DED | 35.78 | 546.87 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 18.00 | 15.00 | 3.00 | LEGAL FRINGE | 8.25 | 115.50 |
| PL PREP | 13.10 | 6.50 | 6.60 | | | |
| EXCESS PL | | | 0.00 | | | |
| PERS ILL | 60.00 | 21.00 | 39.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI., PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number:     018332622
Employee ID:      00000-75847
Organization:     8120
Check Date:       09/20/2019

JODI REILLY
1142 FANSHAWE ST
PHILADELPHIA PA  19111-4936

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| JODI REILLY | | 42 | 00000-75847 | 09/13/2019 | 09/20/2019 | 2,857.33 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|  | 812 | 8120 | 40,005.71 | 43,793.29 | 43,793.29 | 43,686.04 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES / NET PAY | DIRECT DEPOSIT |
| 018332622 | 2,097.73 | 2,270.05 | 2,270.05 | 2,297.58 | 2,297.58 | 1,606.33 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE |  |  | 2,857.33 | FEDERAL TAX | 124.18 | 2,377.35 |
| RESERVE ACCR |  |  | -559.75 | FICA | 140.75 | 2,683.50 |
|  |  |  |  | FICA MED | 32.91 | 627.59 |
|  |  |  |  | LIFE INS | 2.00 | 18.00 |
|  |  |  |  | STATE TAX | 69.69 | 1,328.71 |
|  |  |  |  | CITY TAX RES | 89.26 | 1,698.18 |
|  |  |  |  | RETIREMENT | 172.32 | 3,276.49 |
|  |  |  |  | PFT DUES | 22.98 | 436.86 |
|  |  |  |  | UNEMPL TAX | 1.38 | 26.17 |
|  |  |  |  | SLRY MED DED | 35.78 | 511.09 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 18.00 | 15.00 | 3.00 | LEGAL FRINGE | 8.25 | 107.25 |
| PL PREP | 13.10 | 6.50 | 6.60 |  |  |  |
| EXCESS PL |  |  | 0.00 |  |  |  |
| PERS ILL | 60.00 | 21.00 | 39.00 |  |  |  |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number:  018312590
Employee ID:   00000-75847
Organization:  8120
Check Date:    09/06/2019

JODI REILLY
1142 FANSHAWE ST
PHILADELPHIA PA  19111-4936

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| JODI REILLY | 42 | 00000-75847 | 08/30/2019 | 09/06/2019 | 2,801.29 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| | 812 | 8120 | 37,907.98 | 41,487.46 | 41,487.46 | 41,388.46 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 018312590 | 2,053.32 | 2,222.18 | 2,222.18 | 2,251.41 | 2,251.41 | | 1,585.24 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 2,521.30 | FEDERAL TAX | 118.85 | 2,253.17 |
| RESERVE ACCR | | | -549.88 | FICA | 137.77 | 2,542.75 |
| JURY DUTY | | 1.00 | 279.99 | FICA MED | 32.23 | 594.68 |
| | | | | STATE TAX | 68.22 | 1,259.02 |
| | | | | CITY TAX RES | 87.15 | 1,608.92 |
| | | | | RETIREMENT | 168.86 | 3,104.17 |
| | | | | PFT DUES | 22.51 | 413.88 |
| | | | | UNEMPL TAX | 1.35 | 24.79 |
| | | | | SLRY MED DED | 29.23 | 475.31 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 18.00 | 15.00 | 3.00 | | | |
| PL PREP | 13.10 | 6.50 | 6.60 | | | |
| EXCESS PL | | | 0.00 | | | |
| PERS ILL | 60.00 | 21.00 | 39.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.