**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**

**13**

**Brian T Reilly**
**Jodi L Reilly**                                                    **Bky No. 19-16822-mdc**
Debtors

**ORDER**

**AND NOW,** this 1st day of June 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant/counsel for the debtor, and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,250.00 less $1,384.00 already paid with a remaining balance of **$2,866.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

**BY THE COURT:**

_____
Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**