United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brian T Reilly
Jodi L Reilly
    Debtors

Case No. 19-16822-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa        Page 1 of 1        Date Rcvd: Jun 01, 2020
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
db/jdb        +Brian T Reilly,   Jodi L Reilly,   1142 Fanshawe Street,   Philadelphia, PA 19111-4936
cr         ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
        BRANDON J PERLOFF   on behalf of Debtor Brian T Reilly bperloff@perlofflaw.com, kmecf1429@gmail.com
        BRANDON J PERLOFF   on behalf of Joint Debtor Jodi L Reilly bperloff@perlofflaw.com, kmecf1429@gmail.com
        KEVIN G. MCDONALD   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Brian T Reilly
Jodi L Reilly
        Debtors

13

Bky No. 19-16822-mdc

## ORDER

    **AND NOW,** this 1st day of June 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant/counsel for the debtor, and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,250.00 less $1,384.00 already paid with a remaining balance of **$2,866.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**