# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Brian T. Reilly and Jodi L. Reilly, | : | |
| Debtors. | : | Bankruptcy No.   19-16822-MDC |

# **O R D E R**

**AND NOW**, this 17th day of February 2021, it is hereby **ORDERED** that if Brian T. Reilly and Jodi L. Reilly (the "Debtors") and PNC Bank, National Association ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Brandon J. Perloff, Esquire
Brandon Perloff, PC
315 North 12th Street, Suite 204
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912