Certificate Number: 12433-PAE-DE-038923233

Bankruptcy Case Number: 19-16822



12433-PAE-DE-038923233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2024, at 3:55 o'clock PM EDT, Brian T. Reilly completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 1, 2024              By:    /s/Lisa Susoev

                                    Name:  Lisa Susoev

                                    Title: Teacher