United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16822-amc |
| Brian T Reilly | Chapter 13 |
| Jodi L Reilly | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian T Reilly, Jodi L Reilly, 1142 Fanshawe Street, Philadelphia, PA 19111-4936 |
| 14416601 | + | PNC Bank, National Association, CO Kevin G. McDonald, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14414099 | + | Email/Text: bncnotifications@pheaa.org | Dec 13 2024 00:20:00 | Aes/pnc Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14445413 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 00:39:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14414100 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 00:27:52 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14433740 | + | Email/Text: bankruptcy@bbandt.com | Dec 13 2024 00:21:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14414101 | + | Email/Text: bankruptcy@bbandt.com | Dec 13 2024 00:21:00 | Bb&t, 4251 Fayetteville Rd, Lumberton, NC 28358-2678 |
| 14414102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:27:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14437173 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2024 00:28:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14437174 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2024 00:27:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14414103 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:28:05 | Capital One Na, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14414105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:27:06 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14414106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:27:09 | Citibank, Attn: Recovery/Centralized Bankruptcy, |

Case 19-16822-amc   Doc 52   Filed 12/14/24   Entered 12/15/24 00:37:11   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14449432 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:28:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14414107 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 00:27:08 | Citibank/Sunoco, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14414108 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 00:20:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14421555 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14487613 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 13 2024 00:21:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14448247 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14414104 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2024 00:54:59 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14428453 | + | Email/Text: RASEBN@raslg.com | Dec 13 2024 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14430958 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 13 2024 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14447280 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 00:28:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14414110 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 13 2024 00:39:20 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14449045 | | Email/PDF: bankruptcy_prod@navient.com | Dec 13 2024 00:27:24 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14439437 | + | Email/Text: bncnotifications@pheaa.org | Dec 13 2024 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14445744 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2024 00:20:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14414111 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2024 00:20:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14450055 | + | Email/Text: bncmail@w-legal.com | Dec 13 2024 00:21:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14414112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 00:27:39 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14450059 | + | Email/Text: bncmail@w-legal.com | Dec 13 2024 00:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14414113 | + | Email/Text: bncmail@w-legal.com | Dec 13 2024 00:21:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14414114 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 13 2024 00:21:00 | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14414115 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 00:21:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14414117 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2024 00:28:13 | WF/FMG, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14448612 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2024 00:26:49 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

14414116        ^   MEBN
                                    Dec 13 2024 00:16:40   Westgate Vacation Villas, LLC, Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, FL 34761-2965

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14447829 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14431008 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14499808 | *+ | Kwartler Manus, LLC, 1429 Walnut Street, Ste 701, Philadelphia, PA 19102-3207 |
| 14414109 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Brian T Reilly bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRANDON J PERLOFF | on behalf of Joint Debtor Jodi L Reilly bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 51 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Brian T Reilly ) | Case No. 19−16822−amc |
| ) | |
| ) | |
|   Jodi L Reilly ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 12, 2024                           For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court