**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re:<br><br>BRIAN T. REILLY AND<br>JODI L. REILLY,<br><br>Debtor(s). | Case No. 19-16822<br><br>Chapter Chapter 13 |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM

NOW COMES, SYNCHRONY BANK and hereby provides notice the Proof of Claim 24, filed by SYNCHRONY BANK on October 31, 2019, in the amount of $68.00, is satisfied.

DATED: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison
Representative for SYNCHRONY BANK
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: 877-332-3543
Email: bncmail@w-legal.com

47890746

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br><br>BRIAN T. REILLY AND<br>JODI L. REILLY,<br><br>Debtor(s). | Case No. 19-16822<br><br>Chapter Chapter 13 |

## CERTIFICATE OF SERVICE

I, JORDAN MORRISON, HEREBY CERTIFY, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim No. 24 was electronically filed using the Court's ECF system, which will send notification of such filing, or by first-class mail, postage prepaid, on December 16, 2024 to the following parties:

Trustee via ECF Mail:
KENNETH E. WEST
ecfemails@ph13trustee.com

Debtor(s) Counsel via ECF Mail:
BRANDON J PERLOFF
bperloff@perlofflaw.com


Dated: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison

47890746