United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 19-16822-djb

Brian T Reilly                                                           Chapter 13

Jodi L Reilly

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                       User: admin                              Page 1 of 2

Date Rcvd: Jul 17, 2025                    Form ID: 195                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian T Reilly, Jodi L Reilly, 1142 Fanshawe Street, Philadelphia, PA 19111-4936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Brian T Reilly bperloff@howlandhess.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net;HowlandHessBirnbaum@jubileebk.net |
| BRANDON J PERLOFF | on behalf of Joint Debtor Jodi L Reilly bperloff@howlandhess.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net;HowlandHessBirnbaum@jubileebk.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 17, 2025                                 Form ID: 195                                   Total Noticed: 1

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Brian T Reilly and Jodi L Reilly : Case No. 19−16822−djb
        Debtor(s)

***ORDER***

_____

    AND NOW, this day , July 16, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                           By The Court

                           Derek J Baker
                           Judge, United States Bankruptcy Court

Form 195